

# Case Assignment
## Standard Civil Assignment

Case number **1:25CV-90-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 7/3/2025 4:06:56 PM
Transaction ID: 113892

[Request New Judge]  [Return]