WDKY (Rev. 9/24) Federal Rule of Civil Procedure 7.1(a) Combined Disclosure Statement

# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
### at   Bowling Green, KY

Plaintiff: Tomahawk Cattle Company, LLC

v.  Case No: 1:25CV-90-GNS

Defendant: Oliver Livestock, LLC, et al.

\* \* \* \* \*

## FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)
## COMBINED DISCLOSURE STATEMENT

\* \* \* \* \*

This Federal Rule of Civil Procedure ("FRCP") 7.1(a) Combined Disclosure Statement is filed on behalf of Tomahawk Cattle Company ("Party") and complies with the provisions of FRCP Rule 7.1(a)(1) ✔ and/or FRCP 7.1(a)(2) ✔

**FRCP 7.1(a)(1) Statement.** The Party hereby declares as follows:

✔ It does not have a parent corporation.

✔ There is no publicly held corporation that owns 10% or more of its stock.

☐ It does have the following parent corporation(s) (attach additional pages if needed):

Name: _____ Relationship: _____

Name: _____ Relationship: _____

☐ The following publicly held corporation(s) own(s) 10% or more of the Party's stock (attach additional pages if needed):

Name: _____ Name: _____

WDKY (Rev. 9/24) Federal Rule of Civil Procedure 7.1(a) Combined Disclosure Statement

**FRCP 7.1(a)(2) Statement.** The Party hereby declares as follows:

The names and citizenship of every individual or entity whose citizenship is attributed to the Party are as follows (attach additional pages if needed):

| Tomahawk Cattle Company, LLC | Wyoming, USA |
|---|---|
| Party or Intervenor Name | Citizenship |
| | |
| Party or Intervenor Name | Citizenship |

**In compliance with FRCP 7.1(b), Party will file a supplemental disclosure statement upon any change in the information provided herein.**

07/07/2025

Date

Cameron G. Coyle

Digitally signed by Cameron G. Coyle
Date: 2025.07.07 11:17:32 -04'00'

Signature

Counsel for: Tomahawk Cattle Company, LLC